```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 10593
    SHAWANNA WILEY
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4629


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/28/06 and confirmed on 11/17/06.

    2.  The case was dismissed after confirmation, 10/05/2007.

    3.  The Debtor paid a total of $    2401.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COMMUNITY TRUST CREDIT U   SECURED           6700.00         340.24         1879.44
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00             .00
B REAL LLC                 UNSECURED          701.04            .00             .00
AMERICASH LOANS            UNSECURED       NOT FILED            .00             .00
CCA                        UNSECURED       NOT FILED            .00             .00
CMK INVESTMENTS            UNSECURED         1283.81            .00             .00
COMED                      UNSECURED       NOT FILED            .00             .00
COMPUTER CREDIT            UNSECURED       NOT FILED            .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED          506.37            .00             .00
NICOR GAS                  UNSECURED          513.57            .00             .00
SANTA BARBARA BANK & TRU   UNSECURED       NOT FILED            .00             .00
SENEX SERVICES             UNSECURED       NOT FILED            .00             .00
VILLAGE OF ROUND LAKE BE   UNSECURED          740.45            .00             .00
COMMUNITY TRUST CREDIT U   UNSECURED         9833.40            .00             .00
B REAL LLC                 UNSECURED         1563.26            .00             .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6700.00        .00    15141.90           .00      21841.90
PRINCIPAL PAID      1879.44        .00         .00           .00       1879.44
INTEREST PAID        340.24        .00         .00           .00        340.24
TOTAL PAID          2219.68        .00         .00           .00       2219.68
The Debtor's attorney, BURNS & WINCEK LTD        , was allowed $     2500.00
and was paid $      69.67 .

The Trustee received $    111.65 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/10/08                               /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE