```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10593
   SHAWANNA WILEY
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-4629
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/28/06 and confirmed on 11/17/06.

   2.  The case was dismissed after confirmation, 10/05/2007.

   3.  The Debtor paid a total of $   2401.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMMUNITY TRUST CREDIT U | SECURED | 6700.00 | 340.24 | 1879.44 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 701.04 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CMK INVESTMENTS | UNSECURED | 1283.81 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 506.37 | .00 | .00 |
| NICOR GAS | UNSECURED | 513.57 | .00 | .00 |
| SANTA BARBARA BANK & TRU | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROUND LAKE BE | UNSECURED | 740.45 | .00 | .00 |
| COMMUNITY TRUST CREDIT U | UNSECURED | 9833.40 | .00 | .00 |
| B REAL LLC | UNSECURED | 1563.26 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6700.00 | .00 | 15141.90 | .00 | 21841.90 |
| PRINCIPAL PAID | 1879.44 | .00 | .00 | .00 | 1879.44 |
| INTEREST PAID | 340.24 | .00 | .00 | .00 | 340.24 |
| TOTAL PAID | 2219.68 | .00 | .00 | .00 | 2219.68 |

The Debtor's attorney, BURNS & WINCEK LTD            , was allowed $   2500.00
and was paid $      69.67 .

The Trustee received $    111.65 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```